■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR TOLEDO, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 5, 1970 on resentence, convicting him of murder in the second degree, upon a guilty plea, and sentencing him to an indeterminate prison term of 40 years to life, *nunc pro tunc* as of June 24, 1958. Judgment on resentence modified, in the exercise of discretion, by reducing the sentence to a term of 30 years to life; and as so modified, judgment affirmed. In our opinion, the sentence was excessive to the extent indicated herein. Rabin, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.